UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICHOLAS HYNES,

   Plaintiff,

-vs-                                         CASE NO.: 8:17-CV-2176-T-30TGW

CAPITAL ONE BANK (USA) NATIONAL
ASSOCIATION and
PORTFOLIO RECOVERY ASSOCIATES,
LLC,

   Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Nicholas Hynes, and the Defendant, Capital One Bank (USA), National Association, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant, Capital One Bank (USA), N.A. only, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of October, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/* Joshua H. Threadcraft |
| Frank H. Kerney, III, Esquire | Joshua H. Threadcraft (FL Bar No. 96153) |
| Florida Bar #: 88672 | Megan P. Stephens (FL Bar No. 0092557) |
| Morgan & Morgan, Tampa, P.A. | BURR & FORMAN LLP |

One Tampa City Center  
201 North Franklin Street, 7th Floor  
Tampa, FL 33602  
Telephone: (813) 223-5505  
Facsimile:  (813) 223-5402  
fkerney@forthepeople.com  
jkneeland@forthepeople.com  
mbradford@forthepeople.com  
*Counsel for Plaintiff*

420 N. 20th Street, Suite 3400  
Birmingham, AL 35203  
Telephone: 205-251-3000  
Facsimile: 205-413-8701  
Email: jthreadcraft@burr.com  
Email: mstephens@burr.com  
*Counsel for Defendant*